# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Cazé D Thomas <br> _____ <br> *Plaintiff(s)* <br> v. <br> Five Star Electric <br> Dept of EEOC <br> Dept of Human Rights <br> MTA <br> _____ <br> *Defendant(s)* | Civil Action No. 18 CV 3691 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dept of Human Rights
55 Hanson Pl #900
Bklyn, NY 11217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cazé D Thomas
% 65-45 Parsons Blvd #M
Fresh Meadows, NY Domestic Republic

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: APR 2 6 2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dept of Human Rights**

was received by me on *(date)* **July 11, 2018**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **Served Receptionist who intakes documents for office.**

My fees are $ **25.00** for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: _____

Richard Wright
*Server's signature*

**RICHARD WRIGHT**
*Printed name and title*

124 Bush Street
Brooklyn, NY 11231
*Server's address*

Additional information regarding attempted service, etc:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/18