AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Cazé D. Thomas<br>_____<br>*Plaintiff(s)*<br>v.<br>Five Star Electric<br>Dept of EEOC<br>Dept of Human Right<br>MTA<br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**18 CV 3691**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Five Star Electric
101-32 101st St
Ozone Park, NY 11416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cazé D Thomas
℅ 65-45 Parsons Blvd #1M
Fresh Meadows, NY Domestic Republic

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: **APR 2 6 2018**

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Five Star Electric__
was received by me on *(date)* __July 11, 2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __Served Receptionist who intakes documents for office__

My fees are $ __25.00__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____

_Richard Wright_
Server's signature

__Richard Wright__
Printed name and title

__124 Bush Street__
__Brooklyn, NY 11231__
Server's address

Additional information regarding attempted service, etc:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/24/18__