UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CAZE D. THOMAS,

                          Plaintiff,

-against-                                           18-cv-3691 (AJN)(RWL)

FIVE STAR ELECTRIC, DEPT OF EEOC,               **AFFIDAVIT OF SERVICE**
DEPT OF HUMAN RIGHTS, and
METROPOLITAN TRANSPORTATION
AUTHORITIES,

                        Defendants.
------------------------------------------------x

STATE OF NEW YORK    )
                                 ss.:
COUNTY OF NEW YORK )

      Jamila Gittens-Baptiste, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Floral Park, New York; and that on the 1st day of August, 2018, deponent served a letter to Hon. Robert W. Lehrburger, Magistrate Judge, dated August 1, 2018 with supporting documents upon:

                      Caze D. Thomas
                      6545 Parsons Blvd, #1M
                      Fresh Meadows, NY 11365
                      thomasinelectric@yahoo.com

the address designated by said party for that purpose, by First Class and Electronic Mail.

                                                                     _____
                                                                     Jamila Gittens-Baptiste

Sworn to before me this
1st day of August, 2018

_____
Notary Public

Tyler T. Hendry
Notary Public, State of New York
Qualified in New York County
Lic. #02HE6351215
My Commission Expires 11/28/2020

111634.1 8/1/2018