AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| CAZE D. THOMAS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-3691 (AJN)(RWL) |
| FIVE STAR ELECTRIC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FIVE STAR ELECTRIC

Date:   08/02/2018

*Attorney's signature*

JESSICA C. MOLLER (JS0931)
*Printed name and bar number*

BOND, SCHOENECK & KING, PLLC
600 THIRD AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

*Address*

JMOLLER@BSK.COM
*E-mail address*

(646) 253-2335
*Telephone number*

(646) 253-2301
*FAX number*