UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
CAZE D. THOMAS,

                        Plaintiff,

-against-                                             18-cv-3691 (AJN)(RWL)

FIVE STAR ELECTRIC, DEPT OF EEOC,          **AFFIDAVIT OF SERVICE**
DEPT OF HUMAN RIGHTS, and
METROPOLITAN TRANSPORTATION
AUTHORITIES,

                        Defendants.
-------------------------------------------------x

STATE OF NEW YORK   )
                               ss.:
COUNTY OF NEW YORK )

      Jamila Gittens-Baptiste, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Floral Park, New York; and that on the 2nd day of August, 2018, deponent served the foregoing **NOTICE OF APPEARANCE** upon:

                        Caze D. Thomas
                        6545 Parsons Blvd, #1M
                        Fresh Meadows, NY 11365
                        thomasinelectric@yahoo.com

the address designated by said party for that purpose, by First Class Mail.

                                                                      */s/ Jamila Gittens-Baptiste*
                                                                      Jamila Gittens-Baptiste

Sworn to before me this
2nd day of August, 2018

_____
Notary Public

Tyler T. Hendry
Notary Public, State of New York
Qualified in New York County
Lic. #02HE6351215
My Commission Expires 11/28/2020

                                                                                        111645.1 8/2/2018