UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAZE THOMAS,

                            Plaintiff,

                                                  18-CV-3691 (AJN)(RWL)

        -against-

                                        **CERTIFICATE OF SERVICE**

FIVE STAR ELECTRIC, DEPT OF EEOC, DEPT
OF HUMAN RIGHTS, METROPOLITAN
TRANSPORTATION AUTHORITY,

                            Defendants.

------------------------------------------------------------------X

       I hereby certify that on October 4, 2018, I served the foregoing letter upon Plaintiff *pro se* by U.S.P.S. overnight express mail at the following address:

Caze D. Thomas
65-45 Parsons Blvd.
#1M
Fresh Meadows, NY 11365

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
          October 4, 2018

                                                /s/Alissa S. Wright
                                              ALISSA S. WRIGHT
                                         Assistant Attorney General