Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2018 OCT -9 PM 2: 58
S.D. OF N.Y.

Cazé D Thomas

Write the full name of each plaintiff or petitioner.

Case No. 18 CV 03691

-against-

Five Star Electric Corp
New York State Dept of Human Rights
EEOC
MTA

Write the full name of each defendant or respondent.

Letter re: Service of Complaint

To Honorable Alison J. Nathan,

    I Cazé D Thomas, the ~~Plaintiff~~ Plaintiff in this
CASE, Recieved ~~a~~ notice stating that the Dept of Human Rights
were not served the Complaint or the Amended Complaint,
Though I do agree that they should be given an extention,
I would like to take this opportunity to notify the
court that the complaint was served to the Desk Receptionist
At 55 Hanson Pl Bklyn, NY. I will provide the court with
videos and photos of the Desk Receptionist Recieving Such
when I ~~can~~ get the means to transfer the data from my Phone
to A medium that I can then provide to the court. This applys to all defendant

Dated  10/9/18

Signature  Noted. C. E. Thomas

Name  Cazé D Thomas

Prison Identification # (if incarcerated)

Address  c/o 65-45 Parsons Blvd #1M    City  Fresh Meadows    State  NY    Zip Code  11365   Domestic Republic

Telephone Number (if available)  347-262-3434

E-mail Address (if available)  Thomasinelectric@yahoo.Com

The Amended complaint was delivered to the Address stated on filed ~~~~~ petition of service, For the DHR, the address in which it was delivered, is also 55 Hanson Pl Bklyn, NY The confusion may stem for the miscommunication withing the Dept of Human Rights.