UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caze D. Thomas,

            Plaintiff,

      –v–

Five Star Electric, et al.,

            Defendants.

18-cv-3691 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 4, 2018, the Court received a letter from Defendant New York State Division of Human Rights ("DHR") stating that it had not been properly served in the above-referenced action because Plaintiff, who is proceeding *pro se*, failed to include a waiver request pursuant to Fed. R. Civ. P. 4(d) with the mailing of the summons and complaint. Dkt. No. 30. On October 9, 2018, Plaintiff filed a letter arguing that service of the original complaint had been effectuated by hand delivery, but he does not allege that he has served the amended complaint on DHR. Dkt. No. 31. DHR's time to answer, move, or otherwise respond to the amended complaint is hereby stayed pending proper service.

    Plaintiff is advised that should he require legal advice as to methods for effective service, he may consult the *pro se* legal clinic. On September 19, 2016, a new legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

This resolves Docket No. 30. A copy of this Order will be mailed by Chambers to *pro se* Plaintiff.

SO ORDERED.

Dated: October 16, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge