UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Caze D. Thomas,

          Plaintiff,

–v–

Five Star Electric, et al.,

          Defendants.

18-cv-3691 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 4, 2018, Defendant New York State Division of Human Rights ("DHR") filed a letter informing the Court that it had not been properly served in this action by Plaintiff, who is proceeding *pro se*. Dkt. No. 30. In an Order dated October 16, 2018, the Court stayed DHR's time to answer, move, or otherwise respond to the amended complaint pending proper service. Dkt. No. 32. In order to give *pro se* Plaintiff an opportunity to effectuate service in accordance with that Order, the Clerk of the Court is respectfully directed to re-issue a summons as to DHR.

    This Order will be mailed by Chambers to the pro se Plaintiff and that mailing will be noted on the public docket.

    SO ORDERED.

Dated: November 2, 2018
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge