UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAZÉ THOMAS,<br><br>                    Plaintiff,<br><br>v.<br><br>FIVE STAR ELECTRIC, et al.,<br><br>                    Defendants. | 18 Civ. 3691 (AJN) (RWL)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I, Danielle J. Levine, declare under penalty of perjury that, on November 20, 2018, I served a copy of the letter addressed to Judge Alison Nathan dated November 20, 2018 re: Plaintiff's service of the summons and complaint upon the United States Equal Employment Opportunity Commission (Dkt. No. 38) filed by the United States Equal Employment Opportunity Commission upon the following parties by U.S. Mail at the following addresses:

Cazé Thomas
65-45 Parsons Boulevard
#1M
Fresh Meadows, NY 11365
*Plaintiff, pro se*

Ernest Stolzer
Bond, Schoeneck & King, PLLC
600 Third Avenue, 22nd Floor
New York, NY 10016
*Attorneys for Defendant Five Star Electric*

Alissa Schecter Wright
New York State Office of the Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005
*Attorneys for Defendant New York State Department of Human Rights*

Jason Douglas Barnes
Metropolitan Transportation Authority
2 Broadway
New York, NY 10004
*Attorneys for Defendant Metropolitan Transportation Authority*

Dated: New York, New York
       November 20, 2018

                                             */s/ Danielle J. Levine*
                                             DANIELLE J. LEVINE
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Tel:    (212) 637-2689
                                             Fax:   (212) 637-2717
                                             Email: danielle.levine@usdoj.gov