UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cazé D Thomas

Write the full name of each plaintiff or petitioner.

Case No. 18 cv 03691

-against-

EEOC
The New York State Dept of Human Rights
Five Star Electric Corp
MTA

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that __Plaintiff__ __Cazé D Thomas__
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: Extend/Allow the Plaintiff Cazé Thomas 14 days to prepare and Submit a proposed Amended complaint, to in Accompany his motion to "Leave to Amend" his Amended complaint. The Plaintiff will omit the Defendants EEOC And The NYSDHR. He does not have the ? Resources to serve said partys, He would Also like to Included The Equal Protection Clause in the complaint where: the check the other Box showing other Rights of his were violated. And Also include The United States of America Constitution. He would Also like to Put A Claim on its Face if its necessary.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

12/20/18
Dated

Signature

Cazé D Thomas
Name                                          Prison Identification # (if incarcerated)

c/o 65-45 Parsons Blvd #1M
Address                    City Fresh Meadows  State NY  Zip Code 11365

(347) 262-3434            Thomasinelectric@ Domestic Republi
Telephone Number (if available)  E-mail Address (if available) yahoo.com

SDNY Rev: 5/24/2016