UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CAZÉ D. THOMAS,

        Plaintiff,

  -against-

FIVE STAR ELECTRIC, DEPT OF EEOC, DEPT
OF HUMAN RIGHTS, METROPOLITAN
TRANSPORTATION AUTHORITY,

        Defendants.
---------------------------------------------------------------- x

No. 18-CV-3691

**AFFIDAVIT OF SERVICE RE: SECOND REPLY IN FURTHER SUPPORT OF AMENDED MOTION TO DISMISS AS AGAINST MTA**

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK  )

GAIL ROBINSON, being duly sworn, deposes and says:

I am an employee in the Metropolitan Transportation Authority Legal Department, in New York, New York, am over 18 years of age, and am not a party to this action. On today's date, I served on behalf of Defendants the Metropolitan Transportation Authority one copy of each of the following documents:

    *Second Reply Memorandum of Law in Further Support of Amended Motion to Dismiss as Against MTA*

    *Printouts of each case citation from the Memorandum of Law (printouts served on Plaintiff only)*

Upon the following addresses of the respective parties to this action or their representatives by postal mail:

    CAZÉ THOMAS
    6545 Parsons Blvd. #1M
    Fresh Meadows, NY 11365
    Thomasinelectric@yahoo.com
    347-262-3434

    *Plaintiff, pro se*

    Ernest R. Stolzer
    BOND, SCHOENECK & KING, PLLC
    600 Third Avenue, 22nd Floor
    New York, NY 10016

    *Attorneys for Defendant Five Star Electric Company*

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    33 Whitehall St., 5th Floor
    New York, NY 10004

NEW YORK STATE DIVISION OF HUMAN RIGHTS
55 Hanson Pl. #900
Brooklyn, NY 11217

*/s/ Gail Kahn*

Sworn before me this
12th day of February, 2019

*/s/ Debra Buonincontri*

**DEBRA BUONINCONTRI**
Notary Public, State of New York
No. 01BU6363443
Qualified in Richmond County
Commission Expires Aug. 21, 2021