Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 28 AM 11: 21

Cazé D. Thomas

Write the full name of each plaintiff or petitioner.

Case No. 18 cv 3691

-against-

MTA

Five Star Electric Corp

Write the full name of each defendant or respondent.

Letter re: Life Fatal Emergency Extension to Respond

Dear Judge Nathans

This letter is to ask for a 30 day extension to Respond to Recommendation.

Date: 8/28/19

Signature

Name: Cazé D. Thomas

Prison Identification # (if available)

Address: 65-45 Parsons Blvd   City: Fresh Meadows   State: NY   Zip Code: 11365

Telephone Number: (347) 262-3434

E-mail Address: Thomasinelectric@Yahoo.Com