UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 NOV -8 PM 1:35

__Caze D. Thomas__
Write the full name of each plaintiff or petitioner.

Case No. __18__ CV __03691__ (~~0391~~)

-against-

__Five Star Electric Corp__
__MTA__
Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that __Caze Thomas__   __Caze D. Thomas__
                              (plaintiff or defendant)   name of party who is making the motion

requests that the Court: Stay. Due to the direct care of my mother, I have not had the opportunity to Respond, or prepare for a Response of the R&R. I have Assisted my every waking moments to the care of my mother during Before, During, and After her Admission to Columbus Specialty hospital. This can be verified by All of her Attending Physicians, nurses, and techs. I had not known that the Stay was lifted until 11/7/19 while Searching for my Plane Itinerary.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know. I Oppose much of the erroneous Details in the Report and Recommendation

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law

☑ my own declaration, affirmation, or affidavit, Subpoena to Produce Doc, Info, or Objects

☑ the following additional documents:
Please Allow me 2 weeks, I only saw a portion of the email ordering the Stay. I usually come to the court to Read it from the Kiosk, And I was not Recieving my mail. I was unaware of the deadline

__11/8/19__
Dated

__Alfred L. C. E305__
Signature

Name

Prison Identification # (if incarcerated)

Address                    City              State       Zip Code

Telephone Number (if available)   E-mail Address (if available)

SDNY Rev: 5/24/2016