UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cazé D. Thomas,

    Plaintiff,

—v—

Five Star Electric, et al.,

    Defendants.

18-cv-3691 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Plaintiff's November 8, 2019 letter requesting an extension of time to file his written objections to Judge Lehrburger's Report and Recommendation dated August 23, 2019. His request is hereby granted. Plaintiff shall file his written objections on or before November 22, 2019. Defendants shall file any response 14 days after being served with a copy of Plaintiff's objections.

A copy of this Order will be mailed by Chambers to *pro se* Plaintiff and that mailing will be noted on the public docket.

SO ORDERED.

Dated: November 12, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge