Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 14 PM 2:36

Cāzé D. Thomas

Write the full name of each plaintiff or petitioner.

Case No. 18 cv 3691

-against-

Letter re: Judge Torres

Five Star Electric

MTA

Write the full name of each defendant or respondent.

Dear Judge I ask that you included the following claims to my Ame complaint to most recent complaint as it is a Requirement of completion, with the consideration of my disadvantage and lack of resources which were recommended by Judge Nathans, The Damages Are the Same (If not Greater) as stated For the ~~Teachers~~ Defendents Five Star Electric

Dated: 12/13/21

Signature: W/o Pred. t. C. C 1308

Name: Cāzé D. Thomas

Address: c/o 65-45 Parson Blvd # 1M   City: Fresh Meadows   State: NY   Zip Code: 11365   Domestic Republic

Prison Identification # (if available):

Telephone Number: 347-256-0769

E-mail Address: Thomas1aelectric@yahoo.com

For the Claims Against the MTA For All counts contained within but not limited to: Obstruction of Justice, Deformation of character, neglect, Discrimination of obligation in duties to provide protection in public service. Conspiracy, Slander, making false Reports, destruction of evidence. Violation of the Civil Rights Act of 1964 by offering security services to selected occupants of the building of 2 broadway and not to an occupant of a protected class (the Plaintiff) and in doing so also obstructed Justice by destroying evidence in favor of and in conspiring with the defendants (Five Star Electric) against the Plaintiff) Mr. Thomas, in which they further victimized with making false Reports, and adding to injury with acts of Slander, And Deformation of Character including posting the plaintiff's picture in connection to false allegations in which they had evidence that the plaintiff did not commit. The Violations of 18 USC § 1503, 1512, 1513, 1519, 1510, 241, 242, 245.

18 Chap 73

28 USC § 4101

42 USC Ch 21

The Damages are the Same if not greater than those which were Stated for the Defendants Five Star Electric

Attach additional pages and documents if necessary.

12/13/21
Executed on (date)

Signature: Jeffred G.C. 1-505

Name: Caze D. Thomas

Prison Identification # (if incarcerated): L1365

Address: c/o 85-45 Parsons Blvd #143   City: Fresh Meadows   State: NY   Zip Code: Domestic Republic

Telephone Number (if available): (347) 256-0769

E-mail Address (if available): Thomasinelectric@yahoo.com

Page 2