Letter 18 cv 3691 (1 of 2)

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED SDNY PRO SE OFFICE
2021 DEC 14 PM 2:38

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2021

Cāzé D. Thomas
_____
Write the full name of each plaintiff or petitioner.

Case No. 18 cv 3691

-against-

Letter re: Judge Torres

Five Star Electric

MTA
_____
Write the full name of each defendant or respondent.

Dear Judge I ask that you included the following claims to my ~~complaint~~ most recent complaint as it is a Requirement of completion, with the consideration of my disadvantage and lack of Resources which were Recommended by Judge Nathans, The Damages Are the Same (IF not Greater) as Stated For the ~~~~ Defendants Five Star Electric

12/13/21
Dated

Signature [signature] C. E. 308

Cāzé D. Thomas
Name

Prison Identification # (if available)

℅ 65-45 Parsons Blvd # 1M  Fresh Meadows, NY 11365  Domestic Republic
Address                         City              State  Zip Code

347-256-0769
Telephone Number (if available)

Thomasinelectric@yahoo.com
E-mail Address (if available)

For the Claims against the MTA For All counts contained within but not limited to: Obstruction of Justice, Deformation of character, neglect, Discrimination of obligation in duties to provide protection in public Service Conspiracy, Slander, making False Reports, destruction of evidence. Violation of the Civil Rights Act of 1964 by offering security services to selected occupants of the building of 2 broadway and not to an occupant of a protected class (the Plaintiff) and in doing so also obstructed Justice by destroying evidence in FAVor of and in conspiring with the defendents (Five Star Electric) against the Plaintiff) Mr. Thomas, in which they further victimized with making False Reports, and adding to injury with acts of Slander, And Deformation of Character including posting the plaintiff's picture in connection to a False allegations in which they had evidence that the plaintiff did not commit. The Violations of 18 USC § 1503, 1512, 1513, 1519, 1510, 241, 242, 245.

18 Chap 73

28 USC § 4101

42 USC Ch 21

The Damages are the Same if not greater than those which were Stated For the Defendents Five Star Electric

Attach additional pages and documents if necessary.

12/13/21
Executed on (date)

Wilfred G.C.C.1-808
Signature

Căzé D. Thomas
Name

℅ 85-45 Parsons Blvd #1A3  Fresh Meadows, NY  Domestic Republic  11365
Address                     City                State           Zip Code

(347) 256-0769
Telephone Number (if available)

Prison Identification # (if incarcerated)

Thomasinelectric@Yahoo.com
E-mail Address (if available)

Page 2

Plaintiff's request to amend is DENIED. Plaintiff has already twice amended his complaint. A Report and Recommendation recommending dismissal of the complaint remains pending. The request to amend simply adds a laundry list of additional claims (such as obstruction of justice, defamation, and slander) without asserting any facts to plausibly support those claims. And, even with a liberal reading of the Second Amended Complaint, the proposed additional claims are not plausibly stated.

SO ORDERED:

12/17/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Caze D. Thomas
65-45 Parsons Blvd
#1M
Fresh Meadows, NY 11365