UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CAZE D. THOMAS,

                Plaintiff,

-against-

FIVE STAR ELECTRIC, DEPT. OF EEOC, DEPT. OF HUMAN RIGHTS, METROPOLITIAN TRANSPORTATION AUTHORITY,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2022
```

18 Civ. 3691 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Five Star Electric's letter dated January 28, 2022. ECF No. 101. Accordingly, this case is STAYED pending the outcome of the administrative proceeding. Within seven days of the dismissal of the administrative proceeding or by **March 1, 2022**, whichever is earlier, Defendant Five Star Electric shall provide the Court with a status letter regarding the dismissal of the administrative proceedings and its impact on the pending motions.

    The Clerk of Court is directed to mail a copy of this Order to Plainiff *pro se*.

    SO ORDERED.

Dated: February 1, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge