UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAZÉ D. THOMAS,

                            Plaintiff,

      - against -

FIVE STAR ELECTRIC, DEPARTMENT OF EEOC, DEPARTMENT OF HUMAN RIGHTS, and METROPOLITAN TRANSPORTATION AUTHORITY,

                            Defendants.
------------------------------------------------------------X

18-cv-3691 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed yet another motion to amend (Dkt. 109), even though his previous request was denied (*see* Dkt. 95). The instant motion is DENIED for the same reasons as previously stated at the Court's order at Dkt. 95 and for substantially the reasons as set forth in Defendants' letters in opposition (Dkt. 111, 112). To the extent Plaintiff's request is a motion for reconsideration of the earlier motion to amend, it is far too late, as is Plaintiff's assertion of a race-based discrimination claim. As Defendant Five Star Electric observes, "notwithstanding that Plaintiff's employment with Five Star ended on April 13, 2017, that the EEOC issued Plaintiff right to sue on January 25, 2018 ... and that this action has been pending for approximately four years, this is the first time such allegations have been made." (Dkt. 111 at 2.) Plaintiff shall not file any further motion to amend while the Report and Recommendation remains pending.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2022
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Cazé D. Thomas
    65-45 Parsons Blvd
    #1M
    Fresh Meadows, NY 11365