```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAZÉ D. THOMAS,                                            :     18-cv-3691 (AT) (RWL)
                                                           :
                              Plaintiff,                   :     **ORDER**
                                                           :
        - against -                                        :
                                                           :
FIVE STAR ELECTRIC, DEPARTMENT OF                          :
EEOC, DEPARTMENT OF HUMAN RIGHTS,                          :
and METROPOLITAN TRANSPORTATION                            :
AUTHORITY,                                                 :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   Plaintiff's motion at Dkt. 113 is in sum and substance the same as his motion filed at Dkt. 109 and is DENIED for substantially the same reasons.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2022
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

   Cazé D. Thomas
   65-45 Parsons Blvd
   #1M
   Fresh Meadows, NY 11365