UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAZE D. THOMAS,

                    Plaintiff,

-against-

FIVE STAR ELECTRIC, DEPT. OF EEOC, DEPT. OF HUMAN RIGHTS, METROPOLITIAN TRANSPORTATION AUTHORITY,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

18 Civ. 3691 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The stay in this case entered on February 1, 2022, ECF No. 104, is LIFTED.

SO ORDERED.

Dated: May 6, 2022
        New York, New York

ANALISA TORRES
United States District Judge