```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAZE D. THOMAS,

                     Plaintiff,

-against-

FIVE STAR ELECTRIC, DEPT. OF EEOC, DEPT. OF HUMAN RIGHTS, METROPOLITIAN TRANSPORTATION AUTHORITY,

                     Defendants.

18 Civ. 3691 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's request for an extension of time to file his objections to the Report and Recommendation is GRANTED. *See* ECF No. 118. Accordingly, by **May 26, 2022**, Plaintiff shall file any objections. The Clerk of Court is directed to terminate the motion at ECF No. 118.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge