UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAZÉ D. THOMAS,

                Plaintiff,                                                18 CIVIL 3691 (AT)(RWL)

               -against-                                          **JUDGMENT**

FIVE STAR ELECTRIC, DEPARTMENT OF
EEOC, DEPARTMENT OF HUMAN RIGHTS,
and METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2022, the Court, except as noted above, has OVERRULED Plaintiff's objections, ADOPTED the R&R, and has GRANTED Defendants' motions to dismiss. The Court has declined to exercise supplemental jurisdiction over Plaintiff's claims against Five Star under the NYCHRL and has DISMISSED them without prejudice and has DISMISSED the remainder of Plaintiff's claims with prejudice. The Court has also REJECTED R&R II in its entirety and has DENIED Plaintiff's request for a writ of prohibition as moot; accordingly, the case is closed.

**Dated:**  New York, New York
           September 19, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                         **BY:**    *K. Mango*

                                                              **Deputy Clerk**